UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DARNELL FIELDS,

    Plaintiff,

v.

CITY OF DETROIT POLICE OFFICER
JESSICA JOHNS, and CITY OF DETROIT
POLICE OFFICER DARRELL
LIGHTFOOT,

    Defendants.
    _____/

Case No. 15-12319

Honorable Nancy G. Edmunds

**ORDER ACCEPTING AND ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION [34] AND DENYING DEFENDANTS' MOTION TO DISMISS [28]**

    This matter comes before the Court on the Magistrate Judge's Report and Recommendation. (Dkt. 34.) Defendants filed a motion to dismiss Plaintiff's complaint based on Plaintiff's failure to produce Court-ordered discovery. The Magistrate Judge recommends denying the motion and neither party has filed objections. Being fully advised in the premises and having reviewed the record and the pleadings, including the Report and Recommendation, in accordance with 28 U.S.C. § 636(b)(1), the Court hereby ACCEPTS AND ADOPTS the Magistrate Judge's Report and Recommendation. It is further ordered that Defendants' motion to dismiss is DENIED.

    SO ORDERED.

                                  S/Nancy G. Edmunds
                                  Nancy G. Edmunds
                                  United States District Judge

    Dated: April 14, 2016

I hereby certify that a copy of the foregoing document was served upon counsel of record on April 14, 2016, by electronic and/or ordinary mail.

S/Carol J. Bethel
Case Manager